234 F.2d 681
 98 U.S.App.D.C. 246
 James F. PARKER, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 12798.
 United States Court of Appeals District of Columbia Circuit.
 Argued April 27, 1956.
Decided May 31, 1956.
 
 Mr. John Idomir, Washington, D.C., for appellant.
 Mr. E. Tillman Stirling, Asst. U.S. Atty., with whom Messrs. Leo A. Rover, U.S. Atty. at the time brief was filed, Lewis Carroll and Arthur J. McLaughlin, Asst. U.S. Attys., were on the brief, for appellee. Mr. Milton Eisenberg, Asst. U.S. Atty., also entered an appearance for appellee.
 Before EDGERTON, Chief Judge, and WASHINGTON and DANAHER, Circuit Judges.
 [98 U.S.App.D.C. 247] PER CURIAM.
 
 
 1
 This is an appeal from a judgment of conviction in a narcotics case. 1955, 26 U.S.C.A. 4704(a), 4705(a); 1952, 21 U.S.C.A. 174. We find no error affecting substantial rights.
 
 
 2
 Affirmed.